### FREDRICK CARPENTINO *v.* PERKINS TRUCKING COMPANY ET AL.
### (6964)

SPALLONE, O'CONNELL and FOTI, Js.

Argued March 16—decision released March 28, 1989

*Michael J. McClary,* with whom, on the brief, were *Hugh F. Keefe, John J. Keefe, Jr.,* and *Charles E. Tiernan III,* for the appellant (named defendant et al.).

*Gregory P. Patti,* for the appellee (defendant Michigan Mutual Insurance Company).

*Colette Mauborgne,* with whom, on the brief, was *Kevin J. Maher,* for the appellee (defendant Chubb Group of Insurance Companies).

*Jason M. Dodge,* for the appellee (defendant Travelers Insurance Company).

*Edward S. Downes, Jr.,* for the appellee (defendant Kemper Insurance Company).

*Carl J. Schuman,* assistant attorney general, with whom, on the brief, were *Clarine Nardi Riddle,* acting attorney general, *Joseph I. Lieberman,* former attorney general, and *Carl J. Schuman,* assistant attorney general, for the appellee (defendant Second Injury and Compensation Assurance Fund).

PER CURIAM. In this appeal, the defendant employer and its insurer have attacked the factual findings of

the workers' compensation commission as affirmed by the compensation review division. We cannot intervene, where, as in this case, such findings are amply supported by the evidence.

There is no error.